IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01161-BNB

MICHAEL BRUNGARDT,

    Plaintiff,

v.

DON LAWSON,
DR. WARMERS,
DR. LOVATO,
S. ANDERSON, and
DAVID A. JACOB,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2010

GREGORY C. LANGHAM
CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW IN PART

---

Plaintiff, Michael Brungardt, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the correctional facility in Limon, Colorado. On May 13, 2010, Mr. Brungardt, acting *pro se*, submitted to the Court a Prisoner Complaint pursuant to 42 U.S.C. §§ 1983 and 1985 and 28 U.S.C. § 1343. Magistrate Judge Craig B. Shaffer reviewed the Complaint and entered an order on July 1, 2010, instructing Mr. Brungardt to file an Amended Complaint within thirty days and to state how each named Defendant personally participated in the alleged constitutional violations. The Clerk of the Court sent Court-approved forms to Mr. Brungardt for use in filing the Amended Prisoner Complaint.

Although Mr. Brungardt did not file an Amended Complaint within the time allowed, Magistrate Judge Boyd N. Boland entered a minute order on August 5, 2010 allowing Mr. Brungardt an additional thirty days to comply with the July 1 Order. Magistrate Judge Boland instructed Mr. Brungardt that if he did not file an Amended

Complaint that complied with the July 1 Order within the time allowed the Court would proceed to review the merits of the Complaint submitted to the Court on May 13, 2010. Mr. Brungardt has failed to comply with the July 1 Order within the time allowed. The Court, therefore, will proceed to review the merits of the claims Mr. Brungardt asserted in the original Complaint.

Mr. Brungardt was instructed in the July 1 Order that he must assert personal participation by each named defendant and explain what each defendant did to him, when the defendant did the action, how the action harmed him, and what specific legal right he believes the defendant violated. Mr. Brungardt also was instructed in the July 1 Order that, although he had asserted claims against defendants Don Lawson, Dr. Warmers, and Dr. Lovato, he had failed to assert any claims against defendants S. Anderson and David A. Jacob. Because Mr. Brungardt has elected not to file an Amended Complaint and cure the deficiencies in his original Complaint he has failed to state a claim against defendants Anderson and Jacob. As a result, the Court will dismiss defendants Anderson and Jacob from the action.

Mr. Brungardt asserts that defendants Lawson, Warmers, and Lovato violated his Eighth Amendment rights when they either improperly performed a dental extraction or failed to provide him with proper medical treatment for an infection that developed after the extraction was performed. Mr. Brungardt seeks money damages and prospective injunctive relief. Accordingly, it is

ORDERED that the Complaint and claims as asserted against defendants Don Lawson, Dr. Warmers, and Dr. Lovato shall be drawn to a district judge and to a magistrate judge. It is

2

FURTHER ORDERED that defendants S. Anderson and David A. Jacob are dismissed from the action, and the Clerk of the Court is instructed to remove them as named parties to this action.

DATED at Denver, Colorado, this  23rd  day of  September , 2010.

BY THE COURT:

 s/Philip A. Brimmer 
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01161-BNB

Michael Brungardt
Prisoner No. 86798
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/23/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk